**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph MAURO, Defendant–Appellant.**

**No. 03–20891.**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Joseph Mauro, #14227–179, Beaumont, TX, pro se.

---

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Appointed counsel for Joseph Mauro has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mauro has received a copy of counsel's motion and brief and has filed a response. Our independent review of the brief, Mauro's response, and the record discloses no non-frivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.